# United States Court of Appeals for the Federal Circuit

_____

**CODA DEVELOPMENT S.R.O., CODA INNOVATIONS S.R.O., FRANTISEK HRABAL,**
*Plaintiffs - Appellants*

v.

**GOODYEAR TIRE & RUBBER COMPANY, ROBERT BENEDICT, ROBERT ALLEN LOSEY,**
*Defendants - Appellees*

_____

2018-1028

_____

Appeal from the United States District Court for the Northern District of Ohio in No. 5:15-cv-01572-SL, United States District Judge Sara Lioi.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered February 22, 2019, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 01, 2019  /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court