# Amended Complaint
# EXHIBIT 3

| | |
|---|---|
| From: | christian_spieker@goodyear.com |
| Sent: | Tuesday, May 19, 2009 12:56 AM |
| To: | topoli@selfinflatingtire.com |
| Cc: | hrabal@selfinflatingtire.com; georges.thielen@goodyear.com; bob.benedict@goodyear.com |
| Subject: | SIT |

Dobri Den Mr. Topoli,

I'm addressing myself to you as a technical associate of the Goodyear Innovation Center Luxembourg and I'm referring to the meeting on January 15th 2009 regarding your SIT concept.

After a first internal evaluation I'd like to tell you that we are interested in your SIT technology and would like to know more about it. Therefore we think about a technical readiness evaluation at your premises in Prague, in order to physically judge the concept feasibility on-site and to decide whether we will start a development project or not.

Thanks for getting back to me in order to discuss our interest in a meeting at yours soon.

Best regards,

Christian SPIEKER
Engineer - Technical Writer

External Science and Technology Programs
Goodyear Innovation Center * Luxembourg
L-7750 Colmar-Berg

Tel.: +352 8199 2661
Fax: +352 8199 3856
christian_spieker@goodyear.com

May contain confidential and/or proprietary information.
May not be copied or disseminated without the expressed written consent of The Goodyear Tire & Rubber Company.

1