# EXHIBIT 1



Now in its ninth year, Tire Technology Expo is Europe's most important tire design and manufacturing technology exhibition and conference with some 130 exhibiting companies.

Tire Technology Expo 2009 offers the visitor a technology showcase covering materials and equipment through the complete spectrum of the tire design and manufacturing process.

Tire Technology Expo 2009 also offers visitors, exhibitors, and conference delegates an unrivalled networking opportunity within the tire design and manufacturing sector.



## HAMBURG MESSE, HAMBURG, GERMANY

The expo will be held in Hamburg Messe, Hamburg, Germany

## TRAVEL DETAILS

**AIR** 20 minutes from Hamburg International Airport to the exhibition center by car. The Airport City bus takes you to the main railway station. Onward transport with S-rail or underground.

**CAR** A traffic guiding system installed on the Federal and State highways leads directly to the exhibition grounds, in the direction of the TV tower.

**TRAIN** Destination: Hamburg-Dammtor. Commuter trains: Dammtor station (S11, S21 and S31). Underground lines: U1 to Stephansplatz, U2 to Messehallen. City buses: 102, 109, 111 and 112. Fast city bus systems: 34, 35 and 36.

www.tiretechnology-expo.com

# TIRE TECHNOLOGY EXPO 2009 PROGRAM

## DAY 1 SESSION 1
### TUESDAY 17 FEBRUARY 2009

### TIRE TECHNOLOGY VERSUS INCREASING COSTS AND PERFORMANCE REGULATIONS

09.00 – 09.15 OPENING ADDRESS
Dieter Freitag, General Director, Michelin Germany

09.15 – 09.45 TPMS & LEGAL REQUIREMENTS – THEORY AND PRACTICE OF TESTABILITY
Joerg Sturmhoebel, Audi/Nira Dynamics and Victor Und erberg, Audi

09.45 – 10.15 THE FUTURE OF INDIRECTLY MEASURING TPMS
Bernd Schuchhardt, Dunlop-Tech

10.15 – 10.45 THE TREAD ACT - A LOOK BACK AND A LOOK FORWARD
Mike Wischhusen, Michelin North America

10.45 – 11.05 MORNING BREAK

11.05 – 11.35 HOW WILL THE NEW REGULATORY FRAMEWORK SHAPE THE TIRE MARKET FROM 2012
Mrs F Cinaralp, ETRMA

11.35 – 12.05 TIRE TECHNOLOGY TRENDS DRIVEN BY COST AND REGULATIONS
Christian Kötz, Continental

12.05 – 12.35 THE HISTORY OF THE RUN FLAT TIRES
Bernd Loewenhaupt, Goodyear Dunlop Tires Germany

12.35 – 13.05 CONTINENTAL TIRES AND TIRE ELECTRONICS TECHNOLOGY
Peter Saeger, Continental

13.05 – 14.05 LUNCH

14.05 – 14.30 INDUSTRY FOCUS ON ROLLING RESISTANCE: WHERE TO MAKE THE TRADE-OFFS?
Pim van der Jagt, Ford

14.30 – 15.00 TIRE ROLLING RESISTANCE REDUCTION BY NANOSTRUCTURE-ORIENTED PROPERTIES CONTROL TECHNOLOGY
Keizo Akutagawa, Bridgestone Technical Centre Europe

15.00 – 15.30 TIRE PASS-BY NOISE REDUCTION BY USING SLOT RESONATORS
Shu Fujiwara, Bridgestone Technical Centre Europe

15.30 – 16.00 UNIFORMITY - A CRUCIAL ATTRIBUTE OF TIRE/WHEEL ASSEMBLIES
Marion G Pottinger, M'Engineering

16.00 – 16.20 AFTERNOON BREAK

16.20 – 16.50 DEVELOPMENT OF A COMPOSITE WHEEL - THE LATEST ACHIEVEMENTS
Prof. Ulf Sandberg, VTI (Swedish National Road & Transport Research Inst)

16.50 – 17.20 CONTINUOUS MOBILITY – DEVELOPING A NON-PNEUMATIC TIRE (NPT) FOR 21ST CENTURY MILITARY VEHICLES
Michael Tercha and Ed Hall, Resilient Technologies

## DAY 1 SESSION 2
### TUESDAY 17 FEBRUARY 2009

### MANUFACTURING TECHNOLOGIES

10.00 – 10.20 LASER MATERIAL PROCESSING IN THE TIRE INDUSTRY – APPLICATION OVERVIEW
Joerg Jetter, 4Jet Sales & Service

10.20 – 10.40 NEW PC APEXER FROM CONTI MACHINERY
František Pilný, Continental Matador Rubber

10.40 – 11.00 HIGH SPEED CALENDERLINES FOR TIRE INDUSTRIES. DEVELOPMENTS OF AUTOMATIC WINDING EQUIPMENT
Renato Lualdi, Comerio Ercole

11.00 – 11.20 MAS400 - THE NEW COST-EFFECTIVE AND TAILOR-MADE SOLUTION FOR TIRE BARCODE READING PROCESS OFFERING HIGHEST READ RATES
Ralf Weisser, Datalogic Automation

11.20 – 11.40 TIRE CONTOUR MEASUREMENT BY SHEET OF LIGHT
Dr Oliver Scholz, Fraunhofer Institut für Integrierte Schaltungen

11.40 – 12.00 GABOTACK® - THE TACKINESS TESTER FOR THE TIRE INDUSTRY. DETERMINATION OF THE TACKINESS OF "GREEN TIRES"
Herbert Halm, GABO Qualimeter

12.00 – 14.00 LUNCH

14.00 – 14.20 NEW ROTOR TECHNOLOGY - ADVANCED ROTOR DESIGNS
Richard J Jorkasky II, Kobelco Stewart Bolling

14.20 – 14.40 STATISTICAL TOOLS IN AN ANALYTICAL LABORATORY – CHEMOMETRY
Dr Giansante Rugo, Pelmar Engineering Group

14.40 – 15.00 HIGH SPEED AND COST-EFFECTIVE SHEAROGRAPHY TIRE TESTING FOR PASSENGER, TRUCK, AVIATION AND OTR TIRES
Rainer Huber, Steinbichler Optotechnik

15.00 – 15.20 FAST SHEAROGRAPHY INSPECTION FOR NEW TIRE PRODUCTION
Roland Zehentmaier, Steinbichler Optotechnik

15.20 – 15.40 STRAINING AND HIGH PRESSURE EXTRUSION APPLICATIONS IN THE TIRE INDUSTRY
Winfried Trost, Uth

15.40 – 16.00 AFTERNOON BREAK

16.00 – 16.20 VMI MAXX: MAXIMUM PERFORMANCE IN SINGLE STAGE TIRE BUILDING
J K Grashuis, VMI

16.20 – 16.40 SPRING VENTS – NEW TECHNOLOGY
Michael Stefanidis, Globus Alloys Europe

16.40 – 17.00 VISUAL INSPECTION OF TIRE; EVALUATION AND IMPROVEMENT
Mohammad Zendehrooh Kermani, Barez Industrial Group

17.00 – 17.20 APPLYING THE TIME SERIES IN ANTICIPATING THE DEFECTS IN THE TIRE INDUSTRY
Reza Farivar, Kavir Tire

17.20 – 17.40 TIRE MANUFACTURERS IMPROVE SAFETY WITHOUT COMPROMISING PRODUCTIVITY
James Neawedde, Rockwell Automation

## DAY 1 SESSION 3
### TUESDAY 17 FEBRUARY 2009

### THE VIRTUAL TIRE: LEARNING MORE FROM TIRE PROPERTY PREDICTIONS

SESSION ORGANIZED BY DR MIKE BLUNDELL, COVENTRY UNIVERSITY

13.30 – 13.55 MODELING FOR OPTIMIZED WINTER TIRE PERFORMANCE.
Jerome Delu, Goodyear

13.55 – 14.20 CHALLENGE FOR AIRCRAFT TIRES

Dr Wei Ding, Dunlop Aircraft Tyres
14.20 – 14.45 TITLE TO BE CONFIRMED
Prof Dr Peter Lugner, University of Technology, Vienna
14.45 – 15.10 RMOD-K 7 AND MISUSE LOAD CASES
Prof. Dr Oertel, Brandenberg University
15.10 – 15.30 AFTERNOON BREAK
15.30 – 15.55 TITLE TO BE CONFIRMED
Dr Oluremi Olatunbosun, University of Birmingham
15.55 – 16.20 AIRCRAFT TIRE MODELLING
Gary Wood, Coventry University
16.20 – 16.45 TITLE TO BE CONFIRMED
Dr George Mavros, Loughborough University
16.45 – 17.10 INTERPLY SHEAR STRESS PREDICTION OF
DIFFERENT BELTS STRUCTURE OF A PASSENGER CAR TIRE
BY A DEVELOPED FEM
Ms Mahdieh Zamzamzadeh, Barez Industrial Group

## CONTINUED ON DAY 2 SESSION 3

## DAY 1 SESSION 4
### TUESDAY 17 FEBRUARY 2009

## GETTING INCREASED VALUE FROM TIRE
## COMPOUNDING ADDITIVES

**SESSION ORGANIZED BY DR LOTHAR STEGER, CONSULTANT**
13.30 – 13.55 RUBBER PROCESSING STARTS WITH MIXING:
A REVIEW OF THE INDUSTRIAL SCALE MIXING PROCESS
Gerard Nijman, Vredestein Banden-Enschede
13.55 – 14.20 NEW PLASTICIZERS - NEW ANALYTICAL
CHALLENGES
Jürgen Trimbach ,and Tobias Wagner, Hansen & Rosenthal
14.20 – 14.45 TIRE WET GRIP: AN INSIGHT
Massimo Cialone, Marangoni Group
14.45 – 15.10 NON CONVENTIONAL ACCELERATOR
COMPOUNDING – A TOOL IN SILICA TECHNOLOGY?
Thomas Früh, Rhein Chemie-Mannheim
15.10 – 15.30 AFTERNOON BREAK
15.30 – 15.55 NEW FUNCTIONALISED SBRS TO MEET
FUTURE TIRE PERFORMANCE DEMANDS
Norbert Steinhauser and Thomas Gross, Lanxess-PBR
15.55 – 16.20 IMPROVEMENT IN TIRE PERFORMANCE WITH
NEW POLYMER-NANO-ADDITIVES
Lothar Steger, Consultant
16.20 – 16.45 PROCESSING BEHAVIOUR OF HIGH-CIS
POLYBUTADIENES IN RUBBER COMPOUNDS HIGHLIGHTING
NEODYMIUM POLYBUTADIENS
Heike Kloppenburg, Thomas Gross, Lanxess-PBR
16.45 – 17.10 APPLICATION OF SURFACE MODIFIED NANO
ZINC OXIDE IN SULFUR VULCANIZATION OF TIRE TREAD
COMPOUND
Ms Mercedeh Malekzadeh, Islamic Azad University & Rubber
Industries Engineering and Research
15.55 – 16.20 IMPROVEMENT IN TIRE PERFORMANCE WITH
NEW ORGANO-NANO ADDITIVES
Lothar Steger, consultant
16.20 – 16.45 PROCESSING BEHAVIOR OF HIGH-CIS
POLYBUTADIENES IN RUBBER COMPOUNDS HIGHLIGHTING
NEODYMIUM POLYBUTADIENS
Heike Kloppenburg, Thomas Gross, Lanxess-PBR
16.45 – 17.10   APPLICATION OF SURFACE-MODIFIED NANO ZINC
OXIDE IN SULFUR VULCANIZATION OF TIRE TREAD COMPOUND

Dr Saeed Taghvaei and Mercedeh Malekzadeh, Islamic Izad
University North Tehran Branch and Rubber Industries
Engineering and Research Company (RIERCO)

## DAY 2 SESSION 1
### WEDNESDAY 18 FEBRUARY 2009

## TIRE MATERIAL INNOVATIONS

09.00 – 09.25 A TIRE PERSPECTIVE OF OPPORTUNITIES &
HSE ISSUES IN NANOMATERIALS: THE CASE OF ORGANCLAYS
Dr Luca Giannini, Pirelli Tyre Co
09.25 – 09.50 TIRE FILLERS: IS IT ALL JUST BLACK OR
WHITE?
Dr Ali Ansarifar, Loughborough University
09.50 – 10.15 EXXCORE® DVA: AN INNOVATIVE NEW
INNERLINER TECHNOLOGY
Robert N Webb, ExxonMobil Chemical
10.15 – 10.35 MORNING BREAK
10.35 – 11.00 PROCESSING OF NEW TIRE POLYMERS
Dr Dietmar Hoff, Rhein Chemie Rheinau
11.00 – 11.25 SULFRON 3001: LATEST FINDINGS TO
SIGNIFICANTLY REDUCE ROLLING RESISTANCE FOR TIRES
Dr Rabin Datta, Teijin Aramid
11.25 – 11.50 EFFECT OF TALC ON ROLLING RESISTANCE IN
TREAD COMPOUNDS
Dr Gilles Meli, Rio Tinto Minerals/Luzenac
11.50 – 13.30 LUNCH
13.30 – 13.55 TITLE TO BE CONFIRMED
Arnaud Favier, OldB-Metravib
13.55 – 14.20 IMPROVING ROLLING RESISTANCE AND WET
GRIP – NEXT GENERATION SOLUTION SBRS
Dr Dieter Bellgardt, Dow Olefinverbund
14.20 – 14.45 ENERGY EFFICIENT TIRE COMPOUND
PROCESSING
Colin Clarke, Schill & Seilacher
14.45 – 15.10 TITLE TO BE CONFIRMED
Dr Kamyar Alavi, Nynas
15.10 – 15.35 WET TRACTION – ONE CONCURRENT OF THE
MAGIC TRIANGLE OF TIRES
Dr Michael Heinz, Evonik
15.35 – 15.55 AFTERNOON BREAK
15.55 – 16.20 THE EXAMPLES FOR APPLICATION OF
TREATED MINERAL FILLERS IN SELECTED TIRE COMPOUNDS
– A WAY TO COST REDUCTION.
Marek Gardavsky, Werba-Chem
16.20 – 16.45 HIGH PERFORMANCE SILICAS: A VERSATILE
WAY TO IMPROVE HYSTERESIS/PERMEABILITY OF THE
RUBBER COMPOUNDS
Dr Laurent Guy, Rhodia Silica
16.45 – 17.10 SILICONE RESINS IN RUBBER COMPOUNDING:
CHARACTERISATION, PROCESSING AND PERFORMANCE IN
TIRE TREAD FORMULATIONS
Manfred Gloeggler and Thomas Chaussee, Dow Corning
17.10 – 17.35 THE EFFECT OF CHAIN LENGTH AND
SATURATION OF FATTY ACID AS AN ACTIVATOR IN RUBBER
VULCANISATION WITH MERCAPTO ACCELERATOR ON
ACTIVATION ENERGY AND CONSTANT RATE.
Mrs Sedigheh farsizadeh Zarandi and Ms MarziehRouhy,
Kerman Tire & Rubber

# TIRE TECHNOLOGY EXPO 2009 PROGRAM



## DAY 2 SESSION 2
### WEDNESDAY 18 FEBRUARY 2009

### TIRE REGULATIONS: A FORCE FOR PROGRESS OR A FARCE?

09.00 – 09.25 PROPOSED EU TECHNICAL LEGISLATION ON TIRES
Ian Knowles, European Commission
09.25 – 09.50 RECENT TRENDS IN TIRE LEGISLATION REGARDING NOISE, ROLLING RESISTANCE AND WET GRIP
Dr Lars Schade and Urs Reichart, Federal Environmental Agency
09.50 – 10.15 REACH: HOW TO OPERATE EFFICIENTLY IN SIEFS AND CONSORTIA
Andrew Fasey The REACH Centre and Protection Through Knowledge (PTK) Ltd
10.15 – 10.40 IMPLEMENTATION OF REACH AT A MEDIUM SIZED COMPANY. NEXT STEPS AFTER PRE-REGISTRATION
Dr Volker Börger, Schill & Seilacher
10.40 – 11.00 MORNING BREAK
11.00 – 11.25 REACH FROM TREE TO TIRE
Dr Steffen Erler, Smithers Rapra
11.25 – 11.50 REACH: A NEW ERA HAS STARTED END-DEC 2008?
L. Zullo, ETRMA
11.50 – 12.15
12.15 – 14.00 LUNCH
14.00 – 14.25 TIRE SAFETY AND REGULATORY ISSUES IN THE U.S.
Sean Kane, Safety Research & Strategies
14.25 – 14.50 REACH - SHOULD USERS OF CHEMICALS BE WORRIED?
Simon Brearley, The Reach Centre
14.50 – 15.15 NOISE, ROLLING RESISTANCE AND WET GRIP DATA AGAINST THE BACKGROUND OF AN UPDATE OF EUROPEAN REGULATION
Erik de Graaff, M+P
15.15 – 15.35 AFTERNOON BREAK
15.35 – 16.00 TITLE TO BE CONFIRMED
Prof. Ulf Sandberg, VTI (Swedish National Road & Transport Research Inst)
16.00 – 16.25 THE KYOTO PROTOCOL AND THE CARBON BLACK INDUSTRY
Gilles Moninot, Columbian Carbon Europa
16.25 – 16.50 IMPROVED REQUIREMENTS FOR APPROVAL OF ISO 10844 TEST SURFACES FOR NOISE CERTIFICATION OF TIRES AND VEHICLES
Dr Gijsjan van Blokland, M+P

## DAY 2 SESSION 3
### WEDNESDAY 18 FEBRUARY 2009

### THE VIRTUAL TIRE: LEARNING MORE FROM TIRE PROPERTY PREDICTIONS (CONTINUED)

SESSION ORGANIZED BY DR MIKE BLUNDELL, COVENTRY UNIVERSITY
09.00 – 09.25 TRENDS IN DESIGN AND SIMULATION
Frans Peeters, Simulia Europe

09.25 – 09.50 DETERMINING EQUI-BIAXIAL FATIGUE PROPERTIES OF ELASTOMERS USING THE DYNAMET SYSTEM
Dr Steve Jerrams, Dublin Institute of Technology
09.50 – 10.15 VISCOELASTIC ANALYSIS OF ROLLING TIRES USING FINITE ELEMENT METHOD
Dr Mir Hamid Reza Ghoreishy, Iran Polymer Institute
10.15 – 10.35 MORNING BREAK
10.35 – 11.00 TIRE MODELLING : PREDICTION OF TEMPERATURE AND SPEED EFFECTS ON X-Y TIRE FORCES
Dr Pierre Fevrier, Michelin Technology Centre
11.00 – 11.25 TITLE TO BE CONFIRMED
Luke Bagnall, Airbus

## DAY 2 SESSION 4
### WEDNESDAY 18 FEBRUARY 2009

### CORD ADVANCES

SESSION ORGANIZED BY DR RABIN DATTA, TEIJIN ARAMID BV
14.00 – 14.25 CARCASS MATERIAL – INFLUENCE ON TIRE PERFORMANCE
Kurt Uihlein, Cordenka     CANCELLED
14.25 – 14.50 LYOCELL TIRE CORD FOR ULTRA HIGH-PERFORMANCE TIRES
Dr Soo Myung Choi, Hyosung Corporation
14.50 – 15.15 BRINGING INNOVATION TO THE TIRE TECHNOLOGY
Albert Galan Llonggueras, TwistTechnology
15.15 – 15.40 A REVOLUTIONARY NEW TYPE OF PET TIRE YARN FOR CARCASS APPLICATIONS
Bas Krins, Applied Polymer Innovations, Emmen
15.40 – 16.00 AFTERNOON BREAK
16.00 – 16.25 ADHESION ACTIVATION OF TWARON ARAMID FIBERS: CHEMICAL VERSUS PLASMA TREATMENT
Dr Pieter de Lange, and P G Akker, Teijin Aramid
16.25 – 16.50 SOME ASPECTS OF ADHESION OF ARAMID TIRE CORDS
Maarten van de Made, TFA Institute
16.50 – 17.15 STANDARD REQUIREMENTS AND FUTURE TRENDS
Dr Peter Zmolek, Continental

ADDITIONAL SPEAKERS TO BE ANNOUNCED

## DAY 2 SESSION 5
### WEDNESDAY 18 FEBRUARY 2009

### THE TYROSAFE PROJECT

SESSION ORGANIZED BY STEVE PHILLIPS, SECRETARY GENERAL, THE NATIONAL HIGHWAY RESEARCH LABORATORIES OF EUROPE
09.00 – 09.15 AN INTRODUCTION TO THE TYROSAFE PROJECT
Manfred Haider, Tyrosafe/Arsenal Research
09.15 – 09.45 EUROPEAN POLICIES CONCERNING ROAD SURFACE CHARACTERISTICS
Roland Spielhofer, Tyreosafe/Arsenal Research
09.45 – 10.15 ROLLING RESISTANCE OF TWO PASSENGER CAR TIRES ON 40 DIFFERENT ROAD SURFACES
Gijsjan van Blokland, M+P

# TIRE TECHNOLOGY EXPO 2009 PROGRAM

**10.15 – 10.45** LESSONS LEARNED FROM PREVIOUS SKID RESISTANCE HARMONIZATION ATTEMPTS
Erik Vos, Tyrosafe/RWS

**10.45 – 11.15** TO BE DECIDED
Fabienne Anfosso, Tyrosafe/LCPC

**11.15 – 11.45** ROLLING RESISTANCE MEASUREMENTS
Jerzy Ejsmont, TU Gdansk

**11.45 – 12.15** THE INTERACTION BETWEEN SURFACE TEXTURE AND TIRE TREAD DEPTH IN RELATION TO SKID RESISTANCE
Martin Greene, Tyrosafe/TRL

**12.15 – 12.45** SUMMARY OF THE PRESENTATIONS
Manfred Haider, Tyrosafe/Arsenal Research

## DAY 2 SESSION 6
### WEDNESDAY 18 FEBRUARY 2009

### UNDERSTANDING TIRE PROPERTIES

**14.00 – 14.25** A TREADWEAR TEST PROCEDURE AND THE INFLUENCE WHICH THE SILICA COMPOUND EXERTS ON THE TIRE-TREAD WEAR
Shunichi Yamazaki, Intelligent Vehicle Research Institute

**14.25 – 14.50** DYNAMIC BEHAVIOUR OF PRESTRAINED ELASTOMERS
Nutthanun Suphadon, University of London

**14.50 – 15.15** FRICTIONAL SLIDING OF RUBBER
Philip Gabriel, University of London

**15.15 – 15.40** CORRELATION BETWEEN PHYSICO-MECHANICAL PROPERTIES OF NR-BR BLENDS IN TIRE TREAD FORMULATION WITH THEIR THERMAL BEHAVIOUR
Mrs Fereshteh Motiee, and Dr Saeed Taghvaei-Ganjali, Islamic Azad University  - North Tehran Branch

**15.40 – 16.00** AFTERNOON BREAK

**16.00 – 16.25** ROAD-EMBEDDED SYSTEMS FOR MEASURING STRESSES IN THE TIRE-ROAD CONTACT PATCH
Dr Gabriel Anghelache, University Politehnica of Bucharest

**16.25 – 16.50** A LOCAL VIEW IN TIRE TRACTION MECHANISMS
Stefan Ripka, Institute of Dynamics and Vibration Research

**16.50 – 17.15** FUNDAMENTALS OF RUBBER-ICE FRICTION
Dr Jane Blackford, University of Edinburgh

**17.15 – 17.40** TITLE TO BE CONFIRMED
Stefan Dengler, SDS Systemtechnik

## DAY 2 (PM) SESSION
### WEDNESDAY 18 FEBRUARY 2009

### 4 X 4 ROAD AND OFF ROAD TIRES

**SESSION ORGANISED BY DR JAMES BRIGHTON, CRANFIELD UNIVERSITY**
SPEAKERS TO BE ANNOUNCED

## DAY 3 SESSION 1
### THURSDAY 19 FEBRUARY 2009

### THE INTELLIGENT TIRES' ROLE IN VEHICLE ELECTRONIC SYSTEMS

**SESSION ORGANIZED BY FEDERICO MANCOSU, PIRELLI PNEUMATICI**

**09.30 – 09.55** ADDITIONAL INFORMATION FOR VEHICLE DYNAMICS USING CYBER TIRE : AQUAPLANING
Massimo Brusarosco, Pirelli Tire

**09.55 – 10.20** VEHICLE DYNAMICS, POSSIBLE IMPROVEMENTS USING TIRE DATA
Francesco Braghin, Politecnico di Milano

**10.20 – 10.45** TIRE-ROAD CONTACT INFORMATION FOR ADVANCED DRIVER ASSISTANCE SYSTEMS
Ari Tuononen, Helsinki University of Technology

**10.45 – 11.10** THE SELF-INFLATING TIRE
Maros Topoli, Coda Development

**11.10 – 11.35** TITLE TO BE CONFIRMED
Dr Ray Lohr, Transense Technologies

**11.35 – 12.00** TIRE-ROAD FRICTION ESTIMATION FOR APPLICATION IN CHASSIS CONTROL SYSTEMS AND ADVANCED DRIVER ASSISTANCE SYSTEMS
Marco Pesce, Centro Ricerche Fiat

## DAY 3 SESSION 2
### THURSDAY 19 FEBRUARY 2009

### NATURAL RUBBER: THE EVOLVING POLYMER

**SESSION ORGANIZED BY DR ANDREW TINKER, TARRC**

**09.00 – 09.25** SILICA IMPROVES NR BASED TRUCK-TREAD PERFORMANCE
Paul Brown, TARRC

**09.25 – 09.50** ALKYLPHENOL-POLYSULFIDE GRAFTED EPDM IN BLENDS WITH NR/BR FOR OZONE-RESISTANT TIRE SIDEWALLS
Hong-mei Zhang, Teijin Aramid

**09.50 – 10.15** NATURALLY BETTER PERFORMANCE - IMPROVED UNDERSTANDING OF RUBBER-FILLER INTERACTION
Stuart Cook, TARRC

**10.15 – 10.35** MORNING BREAK

**10.35 – 11.00** ENHANCED PASSENGER TIRE TREAD PERFORMANCE FROM SUSTAINABLE RESOURCES
Paul Brown, TARRC

**11.00 – 11.25** DELINK DEVULCANISATION TECHNOLOGY - A NEW OPTION FOR SUSTAINABILITY IN THE TIRE INDUSTRY
Steve Nieto, Green Rubber Global

**11.25 – 11.50** NR PRODUCTION IN THE FUTURE
Dr Abdul Aziz S A Kadir

## DAY 3 SESSION 3
### THURSDAY 19 FEBRUARY 2009

### CONSEQUENCES FOR TIRES OF THEIR MORE COMPLEX LIFESTYLE AND LONGER LIFE POTENTIAL

**SESSION ORGANIZED BY JOHN DORKEN, BTMA**

CONSUMER REQUIREMENTS ON TIRE TECHNOLOGY AND PERFORMANCE
Dr Henry Görlitz, Bereich Untersuchungen Abt. Produkttests II

COUNTERACT BALANCING BEADS ELECTROSTATIC TIRE BALANCING
James LeBlanc, Counteract Balancing Beads

JUST HOW WORN ARE OUR TIRES?  - THE NEED FOR TREAD DEPTH INFORMATION ON THE IN-SERVICE FLEET
Dr John C Bullas, Atkins Highways & Transportation

**ADDITIONAL SPEAKERS TO BE ANNOUNCED**

# REGISTRATION FORM
Book your participation online at www.tiretechnology-expo.com NOW!

or complete this form to register for the Tire Technology Expo Conference

| Tire Technology Expo Conference | Full Price x | Including tax (19%) |
|---|---|---|
| ☐ I confirm my place for a three-day open delegate pass | 1315 | 1564.85 |
| ☐ I confirm my place for a two-day open delegate pass | 975 | 1160.25 |
| ☐ I confirm my place for a one-day only delegate pass | 580 | 690.20 |

**PLEASE NOTE** Conference passes are valid for FREE ENTRY into the exhibition on ALL DAYS

`TTX09`

**Please print clearly and complete all of the following information**

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Family Name:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Job title:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Department/Mailcode:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Company: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Address: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Post/zip code:. . . . . . . . . . . . . . . . . . . . . . . . . . .Country: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Telephone:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Fax: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Email:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Website:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Type of organization – please specify: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## CONFERENCE PAYMENT

Yes, I would like to attend the conference on:

☐ Tuesday 17 February 2009     ☐ Pay by credit card

☐ Wednesday 18 February 2009     ☐ Please invoice me

☐ Thursday 19 February 2009

Please charge my credit card or invoice me for: [＿＿＿＿＿] for a [＿] day pass

Card Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Cardholder Name: [＿＿＿＿＿＿＿＿＿＿]

Expiry Date: (mm/yy) ☐☐ ☐☐    Signature: [＿＿＿＿＿＿]

Security Code: ☐☐☐    Date: [＿＿＿＿＿＿]

Issue Number: (Switch only) [＿＿＿＿]    Promotional code: [＿＿＿＿＿＿]

If paying by credit card, the address shown above must be the card billing address

Fax to: +44 (0)1306 877411  Post to: UKIP Media & Events Ltd, Abinger House, Church Street, Dorking, Surrey, RH4 1DF, United Kingdom

**Please note:**
All conference attendees will receive access to all graphic presentations, presentation summaries (text – 1,000 words minimum) and contact details of all speakers who agree to supply this information for release after the event.
**Liability note:**
Tire Technology Expo 2009 – UKIP Media & Events do not accept liability for any loss

of, or damage to, the personal effects of attendees to the event. We reserve the right to cancel, defer or modify the event proceedings without prior notice.
**Cancellation of conference registration policy:**
We must receive all cancellations in writing prior to the event. The following numbers of days indicate the time scale and monies due for different cancellation periods.

**Cancellations received:**
More than 30 days prior to the event – full refund/no payment due.
More than 14 days and up to 30 days prior to the event – 50% refund/50% payment due.
14 days or less prior to the event – no refund/full payment due.
**Substitutions** can be made in writing up to seven days prior to the event.

# COMPANIES EXHIBITING AT
# TIRE TECHNOLOGY EXPO 2009

01dB-Metravib
4Jet Sales & Services GmbH
A.M.A SpA
AB Svenskt Konstsike
AIRTEC Controls GmbH
Akron Special Machinery
Akron Standard
Akron Steel Fabricators
Alfautomazione SpA
Alpha Technologies UK
Attrezzeria Pagliari
Ammeraal Beltech Holding BV
APV Engineered Coatings
ASM-Hasbach
A-Z Formen-und-Maschinenbau GmbH
Bainite Machines Pvt Ltd
Bartell Machinery Ltd
Beckhoff Automation GmbH
Betacontrol GmbH & Co Ltd
Brandenburger Isoliertechnik GmbH & Co
BST International GmbH
Buzuluk Komarov AS
Bytewise Measurement Systems Inc
Calemard S.A.
Chem Trend (Deutschland) GmbH
China United Rubber (Group) Corporation
Cima Impianti Spa
Cimcorp Oy
Cold Testing Lapland
Collmann GmbH & Co Spezialmmachinebau KG
Comerio Ercole SpA
Commercial Timesharing Inc
Conti Machinery
Continental Matador Rubber s.r.o.
Cybernetix
Dahmen GmbH
Data2 Corporation
DOLI Elektronik GmbH
Dr Dirk Wehrhahn Measuring Systems for Quality Assurance
Dr Noll GmbH
Electronic Systems SpA
Elisto GmbH
Erhardt & Leimer GmbH
Farrel Limited
Federal Mogul Deva GmbH
Firestone Industrial Products
Firwood ASM
GABO Qualimeter Testanlagen GmbH
GEPOC Gesellschaft Fuer Polymerchemie mbH
GFA De Pryck & Co
Gislotica-Proj Fab Sist Mec Lda
Glebus Alloys Sro
Gudel AG
Habasit AG
Hagglunds Drives AB
Harburg-Freudenberger Maschinenbau GmbH
Herbert Maschinenbau GmbH & Co
HIROTEK Inc
Hoffmann Maschinen-und Anlagenbau GmbH
IKS Klingelnberg GmbH
Ilmberger GmbH
Indspec Chemical BV
Intereuropean Srl

Intralox LLC Europe
Jo Vision
Karagostar
Kobelco Stewart Bolling Inc
Kom-Tron Systemtechnik
Konstrukta-Industry, AS
Kraussmaffei Berstorff GmbH
Kurschat GmbH
Lang GmbH & Co KG
LAP GmbH
Laser-Med GmbH
Leonhard Breitenbach GmbH
Marangoni Meccanica SpA
Matteuzzi Srl
McNeil + NRM Inc
MEZSERVIS spol Sro
Micro-Epsilon Messtechnik GmbH & Co KG
MicroPoise Measurement Systems
Mitsubishi International GmbH
MTS Systems Corporation
Muench Chemie International GmbH
Nakata Engineering Ltd
NDC Infrared Engineering Ltd
Necumer Product GmbH
Oerlikon Textile GmbH & Co KG
Parker Hannifin GmbH & Co KG
Pelmar Engineering Company GmbH
Pomini Rubber and Plastics Srl
Prodicon International Srl
RCO - Industria e Comercio Ltda
Rhodia Operations SAS
RJS Corporation
RMS Equipment Company
RMT Robotics Ltd
Rockwell Automation
Rodolfo Comerio Snc
Rubber Service Srl
Samson Machinery Inc
Schill + Seilacher Struktol
SDS Systemtechnik
Seichter GmbH
Sigmavision Ltd
Simulia
SNE Deshors Moulage
Standards Testing Labs
Steelastic
Steinbichler Optotechnik GmbH
Systraplan GmbH & Co KG
Texkimp Ltd
The Poling Group
Tien Sheng Iron Works Co Ltd
Tire Curing Bladders LLC
TIS GmbH & Co KG
Troester GmbH & Co KG
TS Plzen AS
UTH GmbH
Uzer Makina ve Kalip Sanayii AS
VMI EPE Holland BV
Werba-Chem GmbH
Wyko Tire Technology Ltd
Yxlon International X-Ray GmbH
Zeppelin Silos & Systems GmbH
ZF Friedrichshafen AG
Z-Laser Optoelektronik GmbH

## CONTACT DETAILS

UKIP Media & Events, Abinger House, Church Street, Dorking, Surrey, RH4 1DF, UK
Tel: +44 (0)1306 743744 Fax: +44 (0)1306 877411 Email: m.fenner@ukintpress.com
Register online at: www.tiretechnology-expo.com



SIT - the most simple and cost-effective self inflating tire system

simple...effective...convenient

Proprietary CODA DEVELOPMENT s.r.o

Hamburg

February 2009



## AGENDA

*simple...effective...convenient*

- What is SIT

- Key SIT benefits

- Current status of SIT development

- Next steps

- Wrap-up

- Technical session + Q&A

Proprietary CODA DEVELOPMENT s.r.o.



*WHAT IS SIT?*                    simple...effective...convenient

- SIT is an **integral tire component** that uses **atmospheric air** to automatically inflate the tire while it is used.

- This ensures **maintenance-free**, constant tire pressure over the lifetime of the tire.

Proprietary CODA DEVELOPMENT s.r.o.





*WHAT IS SIT?*                   simple...effective...convenient

*Key principles of SIT design:*

► **SIMPLE**
  - *Tire-integrated feature uses the motion of the vehicle to re-inflate the tire with atmospheric air*
  - *Consists of only two key components*
    - Tire-integrated chamber with check valve – peristaltic pump
    - Pressure Management Device

► **COST EFFECTIVE**
  - *Expected easy integration into current manufacturing processes*
  - *With marginal extra production costs*

Proprietary CODA DEVELOPMENT s.r.o.









*WHY SIT?*                    simple...effective...convenient

*Under-inflated tires undermine:*

▶ **SAFETY**
  - *660 lives and 33,000 injuries every year (USA, 2007)*

▶ **FUEL ECONOMY**
  - *Extra $2.7 billion in fuel annually in USA (1.24 billion gallons)*
  - *Extra €9.5 billion in fuel annually in EU (8.1 billion liters)*

▶ **ENVIRONMENT**
  - *Extra 18.4 million tons of $CO_2$ (EU)*
  - *Extra 4.5 million tires replaced every year (USA)*

*Sources: NHTSA study, Bridgestone "Think before you drive" campaign*

Proprietary CODA DEVELOPMENT s.r.o



*WHY SIT?*          simple...effective...convenient

- FACT: Tires commonly leak slowly and unnoticeably
  - In the USA, 27% of passenger cars and 32% of light trucks and SUVs have at least one tire under-pressured by more than 25%.
  - 38% of people in EU is driving their cars with under-inflated tires

- FACT: Drivers do not check their tires
  - Although 85% of drivers in the USA are concerned about maintaining proper tire pressure, 43% of them do not take an active role in it

- FACT: OEMs to reduce CO2 emissions in EU
  - From 160g/km to 130g/km by 2012
  - Properly inflated tire saves 6.9g/km

Sources: NHTSA study, Bridgestone "Think before you drive" campaign

Proprietary CODA DEVELOPMENT s.r.o.



**WHY SIT?**    simple...effective...convenient

- **Obama's Call for Tire Inflation to Beat Gas Crunch:**
  - *"There are things you can do individually, though, to save energy. ... Making sure your tires are properly inflated - simple thing. But we could save all the oil that they're talking about getting off drilling."* **Barac Obama, Aug. 1 2008 speech in Springfield, Mo.**

- **Schwarzenegger Jumps On Obama 'Proper Tire Inflation' Bandwagon:**
  - *"You can reduce your fuel costs by more than 15%. And I am talking about simple things, like proper tire pressure, avoiding rapid starts and stops, and keeping your engine tuned."*

Proprietary CODA DEVELOPMENT s.r.o



**WHY SIT?**                                    simple...effective...convenient

▶ GM Volt, Fisker Karma, Tesla, but today any other car too
  - *Driving range per battery and MPG is crucial*

▶ MERCEDES
  - *Intents to abandon petroleum from its product line by 2015*

▶ VW China
  - *To cut consumption and emmisions by 20% by 2010*

▶ TPMS
  - *TREAD Act USA already mandates TPMS*
  - *TPMS in EU expected in 2012 and to include Low Rolling Resistance Tires too*

Proprietary CODA DEVELOPMENT s r o



**WHY SIT?**                    *simple...effective...convenient*

- There is a need for a product like SIT

  – There is existing market demand

  – There is a strong push from policy makers

  – There is an overall industry trend in line with SIT

Proprietary CODA DEVELOPMENT s.r.o



**BENEFITS**

*simple...effective...convenient*

- FOR END-CONSUMER

- FOR MANUFACTURER

- FOR ENVIRONMENT

Proprietary CODA DEVELOPMENT s.r.o.





*BENEFITS*     simple...effective...convenient

*For end-users:*

▶ **SAFETY**

- Optimal car stability, reduced danger of blowouts, proper braking distance
- 660 lives lost and 33.000 injuries related to under inflation (USA)

▶ **CONVENIENCE**

- Drivers have confidence in knowing that their tires always operate at optimal pressure.
- Eliminates inflating tires at gas stations
- Reduces replacement of flats at highway roadsides

Proprietary CODA DEVELOPMENT s.r.o.

*simple...effective...convenient*

## BENEFITS

*For end-users:*

▶ **TIRE LONGEVITY**
  • In US extra 4.5 million tires replaced each year due to under inflation

▶ **FUEL ECONOMY**
  • Savings in fuel consumption in range of 1.5 – 3%.
  • In US 2.7 bn. USD and 1.25 bn. gallons p.a.

*"Running a tire 20 percent under inflated - only 5 to 7 pounds per square inch (psi) - can increase fuel consumption by 10 percent."* (Good Year)

| Under inflation | Wear increase | Fuel use increase |
| --- | --- | --- |
| 10% | 5% | 2% |
| 20% | 16% | 4% |
| 30% | 33% | 6% |

Proprietary CODA DEVELOPMENT s.r.o.







*BENEFITS*                    simple...effective...convenient

*For manufacturer:*

▶ **MARKET SHARE GROWTH**

- First launcher competitive advantage
  - "owning" a new market segment

- Difficult for followers to catch-up

- Door opener to CAR MANUFACTURERS

- Increased penetration to weak markets

Proprietary CODA DEVELOPMENT s.r.o.



*BENEFITS*                    simple...effective...convenient

*For manufacturer:*
▶ **BRAND IMAGE**

- SIT can enhance the brand image of associated manufacturer

- Improved perception of an industry innovator with focus on safety and environment

Proprietary CODA DEVELOPMENT s.r.o





*BENEFITS*

simple...effective...convenient

*For environment:*

▶ **LESS CARBON DIOXIDE EMISSIONS**
  - *Extra 18.4 million tons of CO2 (EU)*

▶ **FEWER SCRAP TIRES**
  - *Extra 4.5 million tires replaced every year (USA)*

▶ **LESS TIRE DEBRIS**

▶ **MORE EFFECTIVE RAW MATERIAL USE**

*Source: NHTSA study, Bridgestone "Think before you drive" campaign*

Proprietary CODA DEVELOPMENT s r.o.



*BENEFITS*

simple...effective...convenient

*SIT vs. competing products:*

► SIT provides additional benefits over any of the currently available competitive products

► Improvements in tire related technologies create false feeling in users that they have „carefree" tires resulting in decreased tire care behavior

• SIT is a "carefree" tire

Proprietary CODA DEVELOPMENT s.r.o.

 *STATUS* simple...effective...convenient

- Coda Development s.r.o. owns patent rights related to the SIT technology

- Coda Development has developed and tested a conceptual prototype proving the functionality of the SIT system

- The next milestone is to conclude the R&D process and create a road ready pre-production prototype to undergo necessary on-road testing

Proprietary CODA DEVELOPMENT s r o

*simple...effective...convenient*

*OBJECTIVES*

▶ **Identify suitable partner with capability to manufacture SIT tires**

- Finalize R&D

- Conduct on-road testing

- Launch SIT to worldwide markets

SELF INFLATING TIRE

Proprietary CODA DEVELOPMENT s.r.o.







*DESIGN*                    simple...effective...convenient

▶ SIT Principle - Peristaltic pump

▶ Internal circulation

▶ Pressure Management Device

▶ Tubing

▶ Other (filter, material...)

Proprietary CODA DEVELOPMENT s.r.o



*DESIGN*                    simple...effective...convenient

## ▶ INTERNAL CIRCULATION

- Works only 1/3000cycles i.e. 15 km out of 50 000 km to eliminate statistical leakage

- Decreases material stress and eliminates wear

Proprietary CODA DEVELOPMENT s.r.o





*DESIGN*                    simple...effective...convenient

# ► PRESSURE MANAGEMENT DEVICE (PMD)

- Empty box with membrane
- Reflects temperature changes
- Enables pressure changes
- Can be replaced or supplement with spring
- Can be replaced with electronic valve/utilizing TPMS
- SIT to behave like normal tire when not functioning

Proprietary CODA DEVELOPMENT s.r.o.



**DESIGN**

*simple...effective...convenient*

## ▶ TUBE CHAMBER

- Part of the tire, rim or in-between

- Created as part of tire side wall or tire wall contains only „seat" for separated tubing

- Short vs. long (almost around whole perimeter)

- Utilizing empty space

Proprietary CODA DEVELOPMENT s.r.o.













## CONTACTS

*simple...effective...convenient*

- CODA Development s.r.o...
  Taborska 348/51
  140 00 Prague 4
  CZECH REPUBLIC

- info@selfinflatingtire.com

- www.selfinflatingtire.com

Proprietary CODA DEVELOPMENT s.r.o.







*HOW IT WORKS?*     simple...effective...convenient

- The SIT System is based on proven, highly *reliable peristaltic pump principles.* It integrates a tube chamber into the tire wall.

  

- The *tube chamber is kept closed at its lowest point* by the normal tire deformation caused by the weight of the vehicle.

  

- As the tire turns against the road this closure moves along the tube chamber, *forcing more air into the tire with each wheel revolution.* Simultaneously, it pulls outside air back into the chamber from the other side.

Proprietary CODA DEVELOPMENT s.r.o.

 *HOW IT WORKS?*     simple...effective...convenient

- The chamber continuously pushes air into the tire *until it reaches its optimal pressure.* Then, a managing valve stops the intake of outside air and allows for inside circulation between the tire and the tube chamber, back and forth.

  

- Once the tire pressure falls below its optimal level, *the managing valve* disables internal air circulation and *opens the intake of atmospheric air* to activate the inflation again.

    

- As a result, this simple solution ensures that *all tires operate at optimal pressure at all times.*

Proprietary CODA DEVELOPMENT s.r.o.

