# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CODA DEVELOPMENT S.R.O., CODA INNOVATIONS S.R.O., AND FRANTISEK HRABAL,<br><br>                Plaintiffs,<br><br>      v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, ROBERT BENEDICT, AND ROBERT LOSEY,<br><br>                Defendants. | Case No. 5:15-CV-01572-SL<br><br>JUDGE SARA LIOI |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Agreed Motion and Stipulation for Partial Dismissal. The Court, having considered the Agreed Motion and Stipulation, and for good cause found, hereby ORDERS as follows:

(1) Defendant Robert Losey is dismissed as a party to this action, with prejudice;

(2) Plaintiffs' Third Cause of Action (First Amended Complaint, ECF 52, ¶¶ 138–148) is dismissed with prejudice; and

(3) With respect to this partial dismissal, each party shall bear its own costs.

IT IS SO ORDERED.

Date: February 2, 2021

                                              **HONORABLE SARA LIOI**
                                              **UNITED STATES DISTRICT JUDGE**