THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CODA DEVELOPMENT s.r.o., CODA INNOVATIONS s.r.o., and FRANTISEK HRABAL,<br><br>  Plaintiffs<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY and ROBERT BENEDICT,<br><br>  Defendants. | Case No. 5:15-CV-01572-SL<br><br>JUDGE SARA LIOI |

## THE PARTIES' STIPULATIONS OF FACT

Pursuant to the Court's Final Pre-Trial Conference and Trial Order (Doc. #: 263), Plaintiffs, Coda Development s.r.o., Coda Innovations s.r.o., and Frantisek Hrabal, and Defendants, The Goodyear Tire & Rubber Company and Robert Benedict, submit the following agreed stipulations of fact:

1. Representatives of Goodyear met with representatives of Coda on January 15, 2009.

2. Representatives of Goodyear met again with representatives of Coda on June 15, 2009.

3. Goodyear did not move forward with a joint development project with Coda.

4. U.S. Patent No. 8,042,586 issued on October 25, 2011.

5. U.S. Patent No. 8,113,254 issued on February 14, 2012.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ John C. Evans (with email permission)* | */s/ Scott M. Richey* |
| Calvin P. Griffith (0039484) | Boyd Cloern *(Pro Hac Vice)* |
| cpgriffith@jonesday.com | bcloern@steptoe.com |
| David M. Maiorana (0071440) | Leah Quadrino *(Pro Hac Vice)* |
| dmaiorana@jonesday.com | lquadrino@steptoe.com |
| John C. Evans (0081878) | Scott M. Richey *(Pro Hac Vice)* |
| jcevans@jonesday.com | srichey@steptoe.com |
| JONES DAY | Joseph Ecker |
| North Point | jecker@steptoe.com |
| 901 Lakeside Avenue | Steptoe & Johnson LLP |
| Cleveland, Ohio 44114 | 1330 Connecticut Ave., NW |
| | Washington, DC 20036 |
| *Attorneys for Defendants* | Telephone: (202) 429-3000 |
| | Facsimile: (202) 429-3902 |

Stephen W. Funk (0058506)
funk@ralaw.com
Emily K. Anglewicz (0083129)
eanglewicz@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
(T) 330.376.2700
(F) 330.376.4577

*Attorneys for Plaintiffs*

## **PROOF OF SERVICE**

    The foregoing was filed electronically with the Court on August 8, 2022. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                  */s/ Scott M. Richey*