**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| CODA DEVELOPMENT s.r.o., CODA INNOVATIONS s.r.o., et al., | CASE NO. 5:15-cv-1572 |
| Plaintiffs, | JUDGE SARA LIOI |
| v. | |
| THE GOODYEAR TIRE & RUBBER, COMPANY, et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE AS TO INVENTORSHIP CLAIMS AND REQUEST TO CANCEL SCHEDULED BENCH TRIAL**

Following a September 22, 2022 teleconference and at Plaintiffs' request, the Court scheduled a bench trial for September 29, 2022 to hear supplemental testimony from Mr. Frantisek Hrabal in relation to the correction of inventorship claims. (*See* September 22, 2022 Minute Order.) Having had additional time to review the trial record, Plaintiffs agree with Defendants' position that no further trial proceedings are required and that Coda's equitable claims can be decided through briefing, including proposed findings of fact and conclusions of law, to be filed pursuant to the previously ordered post-trial briefing schedule. (*See id*.) Plaintiffs have informed Defendants of this decision, and Defendants have indicated that they do not oppose canceling Thursday's bench trial and addressing these equitable issues on the briefs. Because no additional testimony will be offered, Plaintiffs respectfully request that the September 29, 2022 bench trial be canceled.

September 27, 2022

Respectfully submitted,

/s/ Scott M. Richey
Stephen W. Funk (0058506)
funk@ralaw.com
Emily K. Anglewicz (0083129)
eanglewicz@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
(T) 330.376.2700
(F) 330.376.4577

Boyd Cloern *(Pro Hac Vice)*
bcloern@steptoe.com
Stacie Hartman *(Pro Hac Vice)*
shartman@steptoe.com
Leah Quadrino *(Pro Hac Vice)*
lquadrino@steptoe.com
Scott M. Richey *(Pro Hac Vice)*
srichey@steptoe.com
Joseph Ecker *(Pro Hac Vice)*
jecker@steptoe.com
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

*Attorneys for Plaintiffs*

## PROOF OF SERVICE

The foregoing was filed electronically with the Court on September 27, 2022. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Scott M. Richey