IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CODA DEVELOPMENT s.r.o., CODA INNOVATIONS s.r.o., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER, COMPANY, et al.,<br><br>Defendants. | CASE NO. 5:15-cv-1572<br><br>JUDGE SARA LIOI |

**DECLARATION OF FRANTISEK HRABAL**

I, Frantisek Hrabal, state and declare as follows:

1. I am the Frantisek Hrabal named as a plaintiff in the above-captioned civil litigation.

2. CODA0251355 (attached hereto as Exhibit A) is a Coda document with the filename "MPR_proposal feedback CD_position.doc" that was sent to MPR by me on September 18, 2009.

3. CODA0150374 (attached hereto as Exhibit B) is an email chain with correspondence between Coda, MPR, and me between the dates of September 8 and October 22, 2009, including the September 18, 2009 email that sent CODA0251355 (Exhibit A).

4. CODA0148616 (attached hereto as Exhibit C) is an email from MPR to me dated November 20, 2009. The email attaches a PDF document with the filename "MPR Proposal for Self Inflating Tire Device Market Analysis (11-20-00).pdf.pdf" and bearing the Bates number CODA0148617.

5. CODA0148617 (attached hereto as Exhibit D) is a document with the filename "MPR Proposal for Self Inflating Tire Device Market Analysis (11-20-00).pdf.pdf" sent to Coda and me in an email CODA0148616 (Exhibit C) on November 20, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sept 28th, 2022
Executed on

Signature