# EXHIBIT B

| | |
|---|---|
| From: | Cundy, Larry <lcundy@mpr.com> |
| Sent: | Thursday, October 22, 2009 4:33 PM |
| To: | Frantisek Hrabal <hrabal@selfinflatingtire.com> |
| Cc: | Richard Pivnicka <pivnicka@earthlink.net>; Greg Ryken <greg@rykenlaw.com>; Haller, Christian <challer@mpr.com> |
| Subject: | RE: Revised MPR proposal for SIT development with 4 products |

Dear Frantisek,
Ok, we are scheduled for Nov 11th - I have set aside the entire day to allow us sufficient time. I will arrange for lunch to be brought in so we can work steady. The plan that Cyrrus has done for CODA is nicely prepared.

Our website (www.mpr.com) has directions to our office and a list of area of hotels. The nearest is: Old Town Hotel (now called Hotel Monocco) at 480 King St.(this is just 1 block from our office which is at 320 King Street) 703.549.6080 or 800.368.5047

If you need any help with your arrangements, please let me know and we will help you.

I am looking forward to our meeting.
Regards,
Larry


-----Original Message-----
From: Frantisek Hrabal [mailto:hrabal@selfinflatingtire.com]
Sent: Wednesday, October 21, 2009 5:42 PM
To: Cundy, Larry
Cc: Richard Pivnicka; Greg Ryken; Haller, Christian
Subject: Re: Revised MPR proposal for SIT development with 4 products

Dear Larry,
I booked the flight and we would like to meet on Wednesday Now 11th. I am confident that one day will be sufficient, anyway we have some flexibility and will try to keep it for unexpected needs.
Please find attached BP form Cyrrus. We may use this document, or its part in our joined project/business/investment activities if it match any of those areas.

Kind Regards
Frantisek


Cundy, Larry napsal(a):

> Dear Frantisek,
>
> It looks like November 4, 5 and 6 or November 11, 12, and 13 are dates we have available when our key staff will be in the office together. I wouldn't expect that we would need more than 1 day for our discussions, so any of these dates would be sufficient.
>
> Please review your travel needs and advise me of your preference for a meeting date here at MPR. I would like to firm up the schedule in order to prevent folks from making other plans as soon as you can.
>
> Regards,
> Larry
>
> -----Original Message-----
> From: Frantisek Hrabal [mailto:hrabal@selfinflatingtire.com]
> Sent: Monday, October 19, 2009 9:09 AM
> To: Cundy, Larry
> Cc: Richard Pivnicka; Greg Ryken
> Subject: Re: Revised MPR proposal for SIT development with 4 products
>
> Dear Larry,
> Richard indicated to me that based on your latest correspondence with him, you are waiting for update regarding our Business plan in order to be able to provide dates for our meeting. Last week the translation of financial Business plan was finished, Cyrrus is going through final check and we should be able to distribute it this week.
>
> We are trying to keep our November schedule in such state that we can fit in one week of travel. We also need to arrange some other meetings while we will be in USA. So if you can propose few dates fitting your schedule within first three weeks of November, we should be able to pick the date suitable for us quickly.
>
> Best Regards
> Frantisek


PLAINTIFF'S EXHIBIT
P-1126
5:15-cv-01572-SL

Highly Confidential - Attorneys Eyes Only

CODA0150374

P-1126_0001

Cundy, Larry napsal(a):

> Dear Frantisek,
> Thank you for your thoughts and suggestions. I will work with the November weeks you suggest and return to you with our potential dates. At the same time I will take your suggested objectives for the agenda and integrate with what our engineers suggest and come back to you with a full proposed agenda. Ball is in my court to get back to you.
>
> I will be out of the office all of next week so it may be another week before I conclude my work - but I will move along as quickly as I can.
>
> Thank you again,
> Regards,
> Larry
>
>> -----Original Message-----
>> **From:** Frantisek Hrabal [mailto:hrabal@selfinflatingtire.com]
>> **Sent:** Friday, October 02, 2009 10:54 AM
>> **To:** Richard Pivnicka
>> **Cc:** Cundy, Larry; 'Greg Ryken'
>> **Subject:** Re: Revised MPR proposal for SIT development with 4 products
>>
>> Dear Larry,
>> lets do as you and Richard suggest. We propose following agenda for our visit (we will go trough this with team in course of next week and we may provide further ideas or details)
>>
>> - presentation of Coda's SIT prototype to MPR
>> - verification of understanding of Phase 0 (here we need to fully understand what we are gaining and loosing in individual variants of Phase 0 compared to the other variants of Phase 0):
>>   - are we sure that this is what investor will bet on, or
>>   - in case that investor will be slow and Coda finances the Phase 0, will this Coda's investment assure success?
>>   - timing of Phase 0-when can we start, how are deliverables defined, acceptance criteria and details of this phase delivery and similar details
>> - potential verification of other Phases (we believe we understand them sufficiently based on already provided documents but lets go through them)
>> - potential involvement of MPR in search for investor (does it make sense before Phase 0 or only after phase 0, do we have all necessary information for approaching US investor ready or not yet)
>>   - we should have BP from Cyrrus ready by the end of October and we will provide it to MPR should it wish to consider this BP in its plans
>>
>> in parallel with Agenda we may start to plan timing of our visit. We propose the meeting to be done in the first or second week of November. Should this be possible, then please provide few dates that are available in your schedule, we will then pick those that best fit our agenda and flights availability. Anyway, we already stated that stream 3 and MPR's involvement is very high on our priority list today and we are ready to reschedule our other plans as needed.
>>
>> Best Regards
>> Frantisek
>>
>>
>> Richard Pivnicka napsal(a):
>>
>>> Larry,
>>> If Frantisek agrees a conference call is not needed, may I suggest you give the earliest
>>> dates your team can be available for a meeting and send those dates to Frantisek.
>>> Thx.
>>>
>>> Best,
>>> Richard Pivnicka
>>>
>>> ---
>>>
>>> **From:** Cundy, Larry [mailto:lcundy@mpr.com]
>>> **Sent:** Thursday, October 01, 2009 11:49 AM
>>> **To:** Frantisek Hrabal
>>> **Cc:** Greg Ryken; Richard J. Pivnicka
>>> **Subject:** RE: Revised MPR proposal for SIT development with 4 products
>>> **Importance:** High
>>>
>>> Dear Frantisek,
>>>
>>> Sorry for the delay in getting back to you. I have been out of the office and will be out all next week as well.
>>>
>>> I have talked to our project folks and they believe it won't be necessary (from our perspective) to have a

Highly Confidential - Attorneys Eyes Only

CODA0150375

P-1126_0002

further conference call. As long as you are comfortable that you understand our proposal and thoughts, we are prepared to move on to the meeting.

It would be best if we developed an agenda for the meeting so that ensure we cover everything. To that point, might I request that you define what you would want to accomplish in this meeting and send your thoughts to me. We will do the same. I will then work with your objectives and ours and develop a suitable agenda to accomplish both. Once I have done that I will issue it for comments to make sure everyone has the opportunity to buy-into the agenda. Then we can start to look for a date that is suitable for all.

The 4th quarter (October, November and December) for MPR is usually very busy. In addition to normal business, we have numerous industry meetings this time of year to work around, as well as our own business planning efforts for next year. For example, October has key people that would normally participate in a meeting with CODA in China and Japan most of the month. I assume you have business conflicts to work around - as well as working a trip to the US to meet with us. So I expect it won't be a simple step to find a window where all can meet, but we will.

I hope you are well and busy and getting your SIT efforts moved along as you desire.

Regards,
Larry

-----Original Message-----
From: Frantisek Hrabal [mailto:hrabal@selfinflatingtire.com]
Sent: Monday, September 28, 2009 10:03 AM
To: Cundy, Larry
Cc: Greg Ryken; Richard J. Pivnicka
Subject: Re: Revised MPR proposal for SIT development with 4 products

Dear Larry,
thank you for response, we understand the structure of your proposal much better now.

Our high level plan now is the following:

Tomorrow we are having meeting with Cyrrus, the output from this meeting should be timing of Business plan finalization. Based on that we suggest to start to plan our visit of MPR.

We prefer to have the Business Plan (from Cyrrus) finalized before our visit. We can then in person discuss all aspects of cooperation, identify gaps or verify opportunities. Also we need to make sure that we understand what are differences between all those variants for Phase 0 and which variant to proceed with. We can then present it properly to investors. Or choose the best variant of Phase 0 in case we decide to move fast and finance Option 0 from our resources in case investors are slow. During visit we will also deliver our prototype.

We may have proposed conference call any evening of our time starting Wednesday Sept 30th and ending Tuesday 6th. Please choose time of your convenience or propose some other date after Oct. 11th.

Kind Regards
Frantisek


Cundy, Larry napsal(a):

> Dear Frantisek,
>
> Attached please find MPR responses to your questions and comments. I would request your review and consideration and then perhaps we should again have a teleconference to discuss any thoughts you may have further.
>
> Please let me know your suggested next steps.
>
> Regards,
> Larry
> -----Original Message-----
> From: Frantisek Hrabal [mailto:hrabal@selfinflatingtire.com]
> Sent: Friday, September 18, 2009 4:06 PM
> To: Cundy, Larry
> Cc: Greg Ryken; Richard J. Pivnicka
> Subject: Re: Revised MPR proposal for SIT development with 4 products
>
>> Larry,
>> thank you for your revised proposal. I have couple years procurement experience in purchasing IT and services for biggest mobile operator here and I must say that I have very good feeling on our progress based on that experience.
>> I have learned that to make good business, both parties have to openly

Highly Confidential - Attorneys Eyes Only

communicate their needs and issues. Only this lead to happy relationship (beside properly set contractual conditions of-course) without unnecessary surprises that need to be resolved in the future. Especially in our position where, once we choose the partner, it will be almost impossible to change it. Therefore it is crucial to discover and resolve any open points before project start. Thank you for your help with this.

In the attachment (MPR_proposal_feedback_CD_position.doc) you can find summarized description of the situation, view onto areas which we need to take into account in this joined R&D and factors that affect our decision. Also there are questions resulting from your latest proposal.
The main aim now is to find out up to what extent are our expectation in line with your proposal. I have feeling that you came to different results then I would came and we need to find out whether there is something in your process what affects the result and I was not originally thinking of that, or if there is something missing in your assumptions.

Please also find attached the chart that we recently prepared for our BP which describes our ongoing Streams and strategy including Stream 3. Please feel free to comment on our approach.
Also please find your original document with few comments and my CV as it might be useful to know the competences of both parties and I think that I skipped this before.

Have a nice weekend
Kind Regards

Frantisek Hrabal
CEO
CODA DEVELOPMENT s.r.o.
Taborska 51,
140 00 Praha 4
Czech Republic
email:   hrabal@selfinflatingtire.com
mobile:  +420 602 881 492
web:    www.selfinflatingtire.com


Cundy, Larry napsal(a):

> Lets try again - the file is about 1MB and signature page is first page.
> Larry
>
>> -----Original Message-----
>> **From:** Greg Ryken [mailto:greg@rykenlaw.com]
>> **Sent:** Wednesday, September 09, 2009 10:40 AM
>> **To:** Cundy, Larry
>> **Cc:** Frantisek Hrabal; Richard J. Pivnicka
>> **Subject:** Re: Revised MPR proposal for SIT development with 4 products
>>
>> Larry,
>>
>> The only document attached to your e-mail was a signature page. Please resend the proposal. Thanks.
>>
>> Greg Ryken
>>
>>> ----- Original Message ----
>>> **From:** Cundy, Larry
>>> **To:** Greg Ryken ; Frantisek Hrabal
>>> **Cc:** Haller, Christian ; Mandel, David
>>> **Sent:** Tuesday, September 08, 2009 2:59 PM
>>> **Subject:** Revised MPR proposal for SIT development with 4 products
>>>
>>> Frantisek and Greg,
>>> Attached for your review is a revised MPR proposal which incorporates 4 different product versions of the SIT per your request. Please review and advise if you have any further questions. Note that we cannot yet estimate the cost of testing a full scale version of the SIT until we have

Highly Confidential - Attorneys Eyes Only

developed the design to a point we know what the testing requirements will (or won't) be. Some of that testing will also need to consider certification requirements, which we won't know until we have progressed the product(s).

Regards,
Larry Cundy
Director Business Development
MPR Associates, Inc.
320 King Street
Alexandria, Virginia 22314
703-519-0414 (direct)
703-519-0224 (fax)
703-395-4866 (cell)
lcundy@mpr.com

Highly Confidential - Attorneys Eyes Only