# EXHIBIT C

| | |
|---|---|
| From: | Loper, J. Cameron <jloper@mpr.com> |
| Sent: | Friday, November 20, 2009 8:49 PM |
| To: | hrabal@selfinflatingtire.com |
| Cc: | Haller, Christian <challer@mpr.com>; Claude, Eric <eclaude@mpr.com>; Cundy, Larry <lcundy@mpr.com>; Mandel, David <dmandel@mpr.com> |
| Subject: | MPR Proposal for Phase A Technical Market Analysis |
| Attach: | MPR Proposal for Self Inflating Tire Device Market Analysis (11-20-09).pdf.pdf |

Frantisek-

I hope your travels last week were successful. It was a pleasure to meet with you and see your promising technology.

You will find attached our proposal for the technical market analysis (Phase A) that we discussed last week. In it we describe the scope of work, deliverables, cost, and schedule. We'd like to discuss it with you at your convenience next week.

If you have any immediate questions please give me a call or email.

In the mean time we will be reviewing the Ring concept information you sent today and we will work up a proposal by next week.

Best regards,

-Cameron Loper
MPR Associates
703-519-0247



PLAINTIFF'S EXHIBIT
P-1128
5:15-cv-01572-SL

Highly Confidential - Attorneys Eyes Only

CODA0148616