# EXHIBIT D



# PROPOSAL FOR SELF INFLATING TIRE DEVICE TECHNICAL MARKET ANALYSIS

## *Prepared for Coda Development*

### Introduction

Coda Development (Coda) is developing a self inflating tire, and has envisioned four alternative embodiments of such a device.  These embodiments are:

- Inflation tubing molded directly into the rubber of the tire.

- Inflation tubing integrated into the rim of the tire.

- Independent device that is added to a standard tire and rim.

- Independent device that is integrated into a tire during the retreading process.

Coda has requested MPR's assistance in the development of this product and each of the implementation methods.  This proposal describes the anticipated scope of work, technical approach, cost, and schedule for MPR to perform a Technical Market Analysis on the Self Inflating Tire (SIT) device.  The Technical Market Analysis will provide Coda with a market based foundation for their product(s) as well as assist Coda determine a preferred approach for rapid development by MPR.

### Project Goal

Determine the preferred embodiment of the SIT.  For the preferred embodiment of the SIT device determine the optimal market, estimate the required cost of goods of the device for acceptance in the market, and evaluate the key functional features required of the device for acceptance in the market.

### Project Approach

MPR's approach will be to focus on the markets aspects to determine their acceptance and support of a new SIT style device.  This will allow MPR to determine the key parameters for the device that will be required for entry into these markets.  These key parameters are both economic such as cost (in terms of upfront costs, support or maintenance, disposal, etc.) as well as the technical aspects of the device that need to be included.  Therefore, MPR's approach for this Technical Market Analysis is as follows.

PLAINTIFF'S EXHIBIT

P-1129

5:15-cv-01572-SL

Confidential - Subject to Protective Order
CODA0148617

1.  **Evaluate key economic and functional market factors for a SIT style device.**
    The factors include at a minimum: costs of goods, ruggedness of the device, improved safety with the device, improved fuel efficiency with the device, "green" technology perception, burden of installation.  Additional factors may be included for specific markets.

2.  **Assign values for the economic and functional market factors and evaluate primary characteristics required of the SIT device for each market.**
    The values will be both quantitative based on several sources such as market surveys or similar devices or the values may be qualitative evaluation.

3.  **Evaluate each embodiment of the SIT device relative to the market factors to determine the preferred embodiment for that market.**

4.  **Create a business case for sale of the SIT device within the market.**
    This includes:

    o   Required cost of goods of the device.

    o   Key functional requirements of device.

    o   Configuration of device (e.g. modifications or alternations to current concepts).

5.  **Recommend a preferred SIT device embodiment for further development.**

As part of the Technical Market Analysis MPR will investigate the following four markets:

- Mining and construction
- Military
- Shipping
- Consumer automotive

**Deliverables**

MPR will deliver a Technical Market Analysis for the SIT device and associated documentation such as supporting market research.  This will allow Coda to determine the optimal development approach and preferred embodiment of the device for further development.

Confidential - Subject to Protective Order                                                                          CODA0148618

## Project Schedule & Cost

MPR proposes to perform the scope of work described above for a firm fixed price of $30,000. The final delivery of the market analysis documentation is 4 weeks after kickoff.  Our proposed payment schedule is shown below.

| Week | Activity | Payment | Cumulative Payment |
|---|---|---|---|
| 0 | Kickoff | $15,000  (50%) | $15,000 |
| 4 | Final Delivery | $15,000  (50%) | $30,000 |

Confidential and Proprietary to MPR Associates, Inc.                 - 3 -                 11/20/2009

Confidential - Subject to Protective Order

CODA0148619