# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CODA DEVELOPMENT s.r.o., CODA INNOVATIONS s.r.o., and FRANTISEK HRABAL, | Case No. 5:15-CV-01572-SL |
| Plaintiffs | JUDGE SARA LIOI |
| v. | **JOINT STATUS REPORT** |
| THE GOODYEAR TIRE & RUBBER COMPANY and ROBERT BENEDICT, | |
| Defendants. | |

NOW COME Plaintiffs Coda Development s.r.o., Coda Innovations s.r.o., and Frantisek Hrabal (collectively, hereinafter "Coda"), and Defendants The Goodyear Tire & Rubber Company and Robert Benedict ("Goodyear" and, together with Coda, the "Parties"), by and through their respective undersigned counsel, and pursuant to this Court's Fifth Amended Case Management Plan and Trial Order (Dkt. 184) hereby submit this Joint Status Report.

**I.  DISCOVERY**

Fact discovery began on August 1, 2019, and closed on July 21, 2020. Expert discovery began on September 10, 2020, and closed on December 22, 2020.

**II.  SETTLEMENT DISCUSSIONS**

The parties engaged in mediated discussions in September 2022. The parties have agreed to further settlement discussions, but those discussions have not yet occurred.

**III.  MOTIONS THAT HAVE BEEN FILED OR REMAIN PENDING**

On October 14, 2022, the parties filed post-trial briefs on equitable claims (Dkt. 378) and

defenses (Dkt. 377), and Goodyear filed a Rule 50(b) motion for judgment as a matter of law (Dkt. 376). Briefing on all of those motions was completed on or before December 7, 2022. The motions remain pending.

IV. **DEVELOPMENTS THAT MIGHT GIVE RISE TO A REQUEST TO DEVIATE FROM THE SCHEDULE**

The Court issued a post-trial briefing schedule on October 13, 2022 (Dkt. 375), which was modified on November 8, 2022 (Dkt. 383). All events in that schedule have been completed.

Respectfully submitted,

*/s/ John C. Evans  (with email permission)*
Calvin P. Griffith (0039484)
cpgriffith@jonesday.com
David M. Maiorana (0071440)
dmaiorana@jonesday.com
John C. Evans (0081878)
jcevans@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

*Attorneys for Defendants*

Respectfully submitted,

*/s/ Scott M. Richey*
Boyd Cloern *(Pro Hac Vice)*
bcloern@steptoe.com
Leah Quadrino *(Pro Hac Vice)*
lquadrino@steptoe.com
Dwight J. Draughon, Jr. *(Pro Hac Vice)*
ddraughon@steptoe.com
Scott M. Richey *(Pro Hac Vice)*
srichey@steptoe.com
Joseph Ecker
jecker@steptoe.com
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036
(202) 429-3000

Stacie R. Hartman
Steptoe & Johnson LLP
227 W. Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300

Stephen W. Funk (0058506)
funk@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
330.376.2700

*Attorneys for Plaintiffs*

**PROOF OF SERVICE**

The foregoing was filed electronically with the Court on December 12, 2022. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Scott M. Richey*